IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIR TEN FUNCHES, ) | 1:010at00248 |
| ) | |
| ) | |
| ) | ORDER TO SHOW CAUSE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On April 6, 2010, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. Plaintiff also filed an application to proceed in forma pauperis. The application was neither complete nor signed. As such, on April 7, 2010, the Court ordered Plaintiff to submit a complete, signed application within twenty (20) days of the date of service of the order. More than twenty (20) days have passed and Plaintiff has not submitted a complete application.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any, why this action should not be dismissed for failure to comply with the Court's orders. Plaintiff is ORDERED to file a written response to this Order to Show Cause within **fourteen (14) days** of the date of this Order. Plaintiff may comply with this Order by submitting a complete, signed application to proceed in forma

1

pauperis.

Failure to respond to this Order to Show Cause will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   May 6, 2010                            /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE