IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAIR TEN FUNCHES, | ) | 1:10at248 |
| | ) | |
| | ) | ORDER DISCHARGING ORDER |
| | ) | TO SHOW CAUSE |
| Plaintiff, | ) | (Document 6) |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On April 6, 2010, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On May 7, 2010, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to submit a completed and signed application to proceed in forma pauperis. Plaintiff responded to the order on May 10, 2010, by filing a completed application. Accordingly, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:  May 10, 2010          /s/ Dennis L. Beck
                              UNITED STATES MAGISTRATE JUDGE

1