IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAIR TEN FUNCHES, | ) | 1:10cv0819 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF BRIEFING SCHEDULE |
| | ) | |
| | ) | (Document 16) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On December 20, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file an opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before February 11, 2011. Defendant's opposition, if any, shall be filed on or before March 14, 2011. Any reply by Plaintiff shall be filed on or before March 28, 2011.

IT IS SO ORDERED.

**Dated:   December 22, 2010**                               **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1