IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAIR TEN FUNCHES, | ) | 1:10cv0819 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF BRIEFING SCHEDULE |
| | ) | |
| | ) | (Document 19) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 24, 2011, the parties filed a stipulation and proposed order to allow Plaintiff an

extension of time until February 16, 2011.  Plaintiff filed an opening brief on February 16, 2011.

Therefore, the parties' request is GRANTED NUNC PRO TUNC.  Defendant's opposition, if any,

shall be filed on or before March 21, 2011.  Any reply by Plaintiff shall be filed on or before March

31, 2011.

IT IS SO ORDERED.

Dated:   **February 25, 2011**          _____**/s/ Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE

1